ACCEPTED
03-14-00713-CV
7303800
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/9/2015 9:33:19 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

JOSEPH D. HUGHES
ASSISTANT SOLICITOR GENERAL

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/9/2015 9:33:19 AM
JEFFREY D. KYLE
Clerk

(512) 936-1729
JODY.HUGHES@TEXASATTORNEYGENERAL.GOV

October 9, 2015

**VIA ELECTRONIC FILING**

The Honorable Jeffrey D. Kyle, Clerk
THIRD COURT OF APPEALS
P.O. Box 12547
Austin, Texas  78711-2547

> Re:   Cause No. 03-14-00713-CV; *Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas v. CGG Veritas Services (U.S.), Inc.*

Dear Mr. Kyle:

The above-referenced case is scheduled for oral argument on November 18, 2015 at 9:00 A.M. before Chief Justice Rose and Justices Pemberton and Field. Please accept this letter as written confirmation that I will be presenting argument on behalf of Appellants Glenn Hegar and Ken Paxton.

Please let me know if you need any further information.

Sincerely,

/s/ Joseph D. Hughes
Joseph D. Hughes
Assistant Solicitor General

JDH/sr

cc:   James F. Martens (*via File&ServeXpress*)
Dannielle V. Ahlrich (*via File&ServeXpress*)
Amanda G. Taylor (*via File&ServeXpress*)
Lacy L. Leonard (*via File&ServeXpress*)

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov